

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00116-CV

---

Andrew Silva, Appellant

v.

MCLP Asset Company, Inc., and ODAAT Property Management, LLC, Appellees

---

On Appeal from County Court at Law No. 7
El Paso County, Texas
Trial Court No. 2025DCV4341

---

## MEMORANDUM OPINION

This appeal is before us on our own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant's amended brief was due on May 28, 2026, pursuant to our Order dated April 28, 2026. On June 2, 2026, the Clerk of this Court notified Appellant that the deadline within which to file his brief had passed, and the appeal would be subject to dismissal for want of prosecution if no motion for extension or amended brief accompanied by a motion for extension was filed by June 12, 2026. *See* Tex. R. App. P. 38.8(a)(1) (authorizing an appellate court to dismiss a civil

appeal for want of prosecution if no appellant's brief is filed).

As of this date, Appellant has filed neither an amended brief nor a motion for an extension of time to file his brief. Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b). All pending motions are denied.


LISA J. SOTO, Justice

June 26, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.